**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 1:07-CR-0179 AWI |
| Plaintiff, | **ORDER CONTINUING SENTENCING TO APRIL 6, 2009** |
| v. | |
| **JOSE TRINIDAD VALERIANO,** | |
| Defendant. | |

On February 19, 2009, the parties stipulated to continue the sentencing presently scheduled for February 23, 2009 to April 6, 2009 at 9:00 a.m. The parties further agreed that the delay resulting from the continuance shall be excluded in the interests of justice for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(A).

Good cause appearing, the sentencing hearing presently set for February 23, 2009 is continued until April 6, 2009 at 9:00 a.m. to be heard in Courtroom 2 before the undersigned.

IT IS SO ORDERED.

Dated:   February 20, 2009           /s/ Anthony W. Ishii
                                      CHIEF UNITED STATES DISTRICT JUDGE