| | |
|---|---|
| 1 | **Joel M. Murillo, Esq.   101143** |
|   | **311 East Merced Street** |
| 2 | **Fowler, California  93625** |
|   | **pleasedonotsendemails@yahoo.com** |
| 3 | |
|   | **Telephone: (559) 834-9900** |
| 4 | **Facsimile:   (559) 834-9901** |
| 5 | **Attorney for Defendant,  Jose Trinidad Valeriano** |

**UNITED STATES DISTRICT OF CALIFORNIA**

**EASTERN DISTRICT OF CALIFORNIA**

-o0o-

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case: 1:07-cr-00179-AWI | |
| | ) | | |
| Plaintiff, | ) | **STIPULATION AND ORDER** | |
| | ) | | |
| vs. | ) | **TO CONTINUE SENTENCING** | |
| | ) | | |
| JOSE TRINIDAD VALERIANO, | ) | **Date:**  May 11, 2009 | |
| | ) | **Time:**  9:00 a.m. | |
| Defendant. | ) | **Judge:** Hon. Anthony Ishii | |
| | ) | | |

     **IT IS HEREBY STIPULATED** by and  between the parties through their respective counsel, that the sentencing hearing presently scheduled before the Honorable Anthony W. Ishii for April 6, 2009 at 9:00 a.m., in Courtroom 2, be continued to **May 11, 2009, at 9:00 a.m.**.

    The continuance is at the request of defense counsel to provide him additional time for defense preparation and further investigation prior to the sentencing hearing.  The requested continuance will conserve time and resources for all parties and the court.

    The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §316 (h)(8)(A).

DATED: April 1, 2009                              /s/ Kevin P. Rooney
                                                    KEVIN P. ROONEY
                                                    Assistant United States Attorney
                                                    **This was agreed to by Mr. Rooney**
                                                    **by telephone on April 1, 2009**

                                                    McGREMOR W. SCOTT
                                                    United States Attorney

DATED: April 1, 2009          /s/ Joel M. Murillo
                              Attorney for Defendant
                              **JOSE TRINIDAD VALERIANO**

## ORDER

Upon the stipulation of the parties and good cause appearing thereof,

**IT IS SO ORDERED** that the sentencing hearing presently set for April 6, 2009, at 9:00 a.m., is continued until **May 11, 2009, at 9:00 a.m.**, to be heard in courtroom 2, before the Honorable Anthony W. Ishii, United States District Judge.

IT IS SO ORDERED.

**Dated:   April 3, 2009**                /s/ **Anthony W. Ishii**
                                      CHIEF UNITED STATES DISTRICT JUDGE