Joel M. Murillo, Esq.   101143
311 East Merced Street
Fowler, California  93625
pleasedonotsendemails@yahoo.com

Telephone: (559) 834-9900
Facsimile:   (559) 834-9901

Attorney for Defendant,  Jose Trinidad Valeriano

# UNITED STATES DISTRICT OF CALIFORNIA

## EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSE TRINIDAD VALERIANO, ) <br> ) <br> Defendant. ) <br> _____ ) | Case: 1:07-cr-00179-AWI <br><br> **STIPULATION AND ORDER** <br> **TO CONTINUE SENTENCING** <br><br> **Date:**   June 22, 2009 <br> **Time:**   9:00 a.m. <br> **Judge:** Hon. Anthony Ishii |

     **IT IS HEREBY STIPULATED** by and  between the parties through their respective counsel, that  the sentencing  hearing  presently scheduled before the Honorable Anthony W. Ishii for May 11,  2009 at 9:00 a.m., in Courtroom 2, be continued to **June 22, 2009, at 9:00 a.m..**

    The continuance is at the request of defense counsel to provide him additional time for defense preparation and further investigation prior to the sentencing hearing.  The requested continuance will conserve time and resources for all parties and the court.

    The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §316 (h)(8)(A).

DATED: May 5, 2009                          /s/ Kevin P. Rooney
                                                       KEVIN P. ROONEY
                                                       Assistant United States Attorney


                                                       McGREMOR W. SCOTT
                                                       United States Attorney

DATED: May 5, 2009        /s/ Joel M. Murillo
                          Attorney for Defendant
                          **JOSE TRINIDAD**
                          **VALERIANO MENDOZA**

### **ORDER**

Upon the stipulation of the parties and good cause appearing thereof,

**IT IS SO ORDERED** that the sentencing hearing presently set for May 11, 2009, at 9:00 a.m., is continued until **June 22, 2009, at 9:00 a.m.**, to be heard in courtroom 2, before the Honorable Anthony W. Ishii, United States District Judge.

IT IS SO ORDERED.

**Dated:   May 6, 2009**            /s/ Anthony W. Ishii
                          CHIEF UNITED STATES DISTRICT JUDGE